| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YONG GEN PAN and
LIAN PAN KUET,

        Plaintiffs,

v.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security; and
CHRISTINA POULOS, Director, California
Service Center, United States Citizenship and
Immigration Services,

        Defendants.

No. C 08-3531 SC

**STIPULATION TO DISMISS AND
[PROPOSED] ORDER**

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, pursuant to Rule 41(a), Federal Rules of Civil Procedure, to dismissal of the above-entitled action without prejudice.

///

///

///

///

///

Stip to Dismiss
C 08-3531 SC

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: November 24, 2008     Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 |             /s/
ILA C. DEISS
Assistant United States Attorney

7 | Attorney for Defendants

8

9

10 | Dated: November 24, 2008                 /s/
JUSTIN X. WANG
Attorney for Plaintiffs

11

12

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date:   11/25/08

17 | SAM
United States District Judge

(Seal: IT IS SO ORDERED / Judge Samuel Conti / United States District Court Northern District of California)

28 | Stip to Dismiss
C 08-3531 SC